MISCELLANEOUS
B -00 - 30
B-01-016 ⁹

United States District Court
Southern District of Texas
FILED

AUG 8 2000

Michael N. Milby
Clerk of Court

On September 1, 1996 I was hired for Coastal Transport. I have a Class A, CDL License. My occupation is a truck driver, transporting hazardous materials.

Approximately May or June of 1997, the company hired another female truck driver. Her name is Linda Garcia. Soon after Linda was employed, I was at the driver's room waiting for instructions on the next load, when I over heard my manager (Manuel Garza) and my assistant manager (Manuel Loya) saying something about Linda. I heard Manuel Garza say to Manuel Loya "Linda esta muy buena." I ignored it and went outside to pre-trip my truck. About a month later after this, I saw my manager bothering Linda. As I walked in the office, my manager was trying to kiss her. I remember it was on a Sunday around 7 p.m. When Mr. Garza saw me he was shocked and he said, "Yo pensaba que ya se abian ido para la casa." Linda looked upset and she took off in her car. I then used the phone to call my house, and I went home.

I didn't see Linda for the following days; however, I did bump into Robert Torres (her boy friend). He told me "se sa le el pinche puto de Garza!" "Le tuve que ira brincar a la officina," Mr. Torres also said to me that Mr. Garza told him that "la ocupe para mi!, No para que si fijara enti!" Everybody knew Robert Torres and Linda were dating.

A few months later the assistant manager, Mr. Loya, Robert Torres, Linda, and I were at the office. At this time, Robert Torres's wife honked from the car and Robert went outside to talk to his wife while Linda waited in the mechanics room for him. Mr. Loya walked to the window and looked through the venetian blinds to peep outside. He then told me, "hey chaparra, yo quisiera andar contigo como Linda y Robert. " I screamed to him, "estas loco!" Then I took off to my home. As the weeks passed by, I noticed my assistant manager, Mr. Loya, would start to bother me to help with the paper work at the office, especially on Sundays, while I waited for the next load. No one was at the office. He told me to help him at the office because he said he needed help, and his excuse is that I didn't have a load at that time. He also said there were no loads. Everyone left to work, and I was the only left standing around.

I noticed he gave everybody loads and he didn't give me a load; therefore, I waited for a load longer than usual. Then he would say, "help me with the paper work mamacita." I would tell him, "ya apaciguate! si quieres que te ayude con los papeles ya damelos para hacertelos!", and sometimes I would tell him "ya dejame de decir eso!" I felt uncomfortable because that was not my job; however, I did start to help him because he would tell me that "any way you are still getting paid for four hours." After the four hours lapsed, I would go home. I helped him on 2 or 3 Sundays. Neither on these Sunday days was anybody around. On the third Sunday, he forced a kiss on me and he hugged me. I pushed him away and I was very upset. He started saying, "I am sorry!" "I am sorry!" I just took off to my house feeling embarrassed and upset.

A month later the company had a safety meeting. At the meeting Linda said that she needed someone from the top to come to the terminal "so we can talk personal things." I noticed no one was listening to Linda. Then I got up and stood in front of the assistant manager and the safety director and I questioned "That if it was right and correct because my assistant manager who is right here, to choose my loads or do I have to go out with him?" "Or to get good loads or bad loads?" Mr. Loya was shocked and embarrassed. The safety director ( David Walche) said to me that he "couldn't do anything because he was just the safety director, but that he would report it to San Antonio," and the meeting adjourned.

Mr. Loya approached me on many occasions where he would show me the load slips and say, "hey chaparra, aqui tengo estos loads, a cual quieres?" I answered him many times, "Dame el que sea, I came to work, not to choose loads!" Then he looked over the loads and tells the dispatcher, "give this load to the chaparra." I would do the load he assigned me.

After each load, I have to report in through the CB. Mr. Loya then many times told me, "hey chaparra, call me by phone because I can't tell you through the CB." So I would call him to see what he wanted. I would answer, "que paso!" He would always start his words like "que paso mamacita, entonces que, entonces cuando?" So I answered him, "Do you have the load?" "Deja de estar perdiendome mi tiempo!" He answered "no te enojes," "no le digas a nadie." And he would give me the load and I answered "bueno, bye." This went on and on every day. Usually he would wait for me to get to the yard and was waiting for any chance to see me. One time while I was alone at the yard checking my dispatch for the next day, Mr. Loya came into the office all drunk. He startled me and he started again to bother me, telling me in these words, "Tu sabes que, yo quiero salir contigo." I responded, "Tu eres mi patron, y no mas! Entiendelo! No mas eres mi patron!" He then followed me to my car and I got in my vehicle and I took off. He just stood there.

Many times, Mr. Loya would touch me and I many times pushed him away. Every one of the drivers saw how he bothered me. If I was sitting in a chair, he would come from behind the chair and put his leg over my back and I would quickly get up and I would tell him "Chingado! No me dejas en pas!" Some drivers would see and they would tell him "dejala! No te va hacer caso." He would then back off with a cynical smile. Many times while I was standing waiting for a load, Mr. Loya would come from the back and put his arms around my hip, shoulders, and pinch my side with his hands. I pushed him away many times using my whole arm and elbow. I have said to him, "quitate de aqui sonso!" "Estas casado, quitate de aqui!" "Muy apenas puedes a mantener a tu vieja!" "Que me vas a mantener a mi!" One time I asked him, "Que tu vieja no te da?" There wasn't a day that went by that he wouldn't leave me alone.

CIMPDF - www.fenix.com

On my days off, Mr. Loya would constantly call me and tell me unpleasant things like "mamacita entonces cuando salemos?" I responded "estas loco!" he would then say "alcabo de aqui me voy pa tu casa y te recojo." I would tell him, "get to the point," "what do you want?" "Is this a business call, to call me for work?" After he knew I was upset he then would say as an excuse "estoy jugando," "estoy jugando!" His excuse after touching me was also "estoy jugando," "estoy jugando!" But I bet that if I let him touch me then he wouldn't be playing anymore. He was always trying to see if I could give in, just trying me out. Many times I would tell him not to call me "mamacita," or any other name to call me by, because I didn't get along in that manner with him. I told him to "respect me."

One time I bumped into Carma at the loading rack. We exchanged a few words while loading, and she asked me "how in the world are you still working for that company?" I questioned "what do you mean?" She responds, "have they tried any sexual harassment to you," "because on me, yes?" I responded "yeah, but I don't listen to them." " I just do my job." She told me, "well, I only lasted six months, then I took off to work for another company." "Because I was the only female and nobody was going to listen to me." I finished my loading procedures, then I took off. On several occassions, Garza bragged out loud in front of anyone present that he had an affair with Patricia that used to work for Coastal transport as a previous dispatcher. Every driver heard.

A week later after the safety meeting, the people from San Antonio came and they questioned Linda and I, and then they questioned the assistant manager (Mr. Loya) and he didn't deny it. They also spoke to Mr. Garza. I don't know what happened with Mr. Garza because I then had to under go surgery to my right ear to the accident I had suffered while at work unloading at the South Texas Concrete at Mission on May 6, 1998. I immediately called in the spill and Mr. Garza answered the phone. He instructed in his exact words "just rinse up and finish there and come to the yard." It happened as I finished unloading and the splash came from what apparently stayed inside the hose. It suddenly splashed because air got into the pump. I first picked up all the hoses having a lot of pain in my right ear and right eye. Then I went to the office of South Texas and rinsed myself in the restroom. The worker that received my load at South Texas Concrete "if I was O.K." I responded, "I don't know." After I rinsed my eyes, I still did not feel relief but I still had to report to the yard. It was a long and painful drive from Mission to Harlingen, because I was in burning pain to my ear and eye. By the time I got to the yard, my eye was less red but it was very watery and I felt like liquid was in my ear. I told Mr. Garza how I felt. I told him "I can't hear!" He said, "probably it is air in the ear." He also told me to use a long time remedy. He said, "use a cone and a cigarette lighter for the air to come

out." I thought to myself, I knew it was gasoline in my ear and he wants me to use a cigarette lighter to my ear? Does he want me to blow up? This was an endangerment to my life. He totally ignored me saying it was nothing. From the yard, I left to the San Benito clinic to see a doctor. The San Benito clinic had already closed. It was around after 6:30 p.m. so then I went home to change and called my mom to tell her the problem and that I wanted to go see a doctor. She took me to go see a doctor in Matamoros, Mexico. I saw a Dr. Lucio Guerra Farias. He checked my right ear and my eye and he said I had lost my hearing to my ear. I still had no change to my ear. I went for a follow up visit for which Mr. Garza was notified because I missed a few days of work. I got a letter from the doctor stating my diagnosis. He recommended I see another doctor in the United States since I was insured. The doctor also stated to me that not even an operation would save my hearing. A month after the accident I went to go see my doctor (Dr. Edward Atkinson) in San Benito, Texas. Dr. Atkinson examined my ear and my eye. His diagnosis was that I was not able to hear with my right ear, and that I had swelling to my eye. He stated to me that the swelling would eventually go away. He also recommended that I see a specialist. His office made the appointment with Dr. Arredondo. Dr. Atkinson also told me to go to Workers Comp located in the same building. A lady worker from Workers Comp called Mr. Garza at the yard. Evelia Garza and I saw them talking through the glass on the phone. I was later informed that Mr. Garza had denied any knowledge of my accident of the spill about a month earlier. Since I needed medical attention, my private insurance took care of the office visit. This insurance I got from outside the company. The diagnosis of Dr. Arredondo was that I had lost my hearing and not even with an operation would I hear. So I asked him for another opinion, and he sent me to Dr. Pedro Montano, a plastic surgeon. Dr. Montano gave me hope of having a fifty/fifty chance of hearing again. I was desperate, so I underwent surgery. Before the surgery, I gave all the papers to Mr. Garza so he could put them through the company insurance. Mr. Garza never reported the spill upstate, never contacted anybody, and my private insurance ended up paying for everything. The result of the surgery was unsuccessful. Dr. Montano recommended a hearing aide. I'm still not able to hear with my right ear with the use of the hearing aide. I was out for medical leave for 3 months.

Upon returning to work, Coastal sent me for a physical examination with the company's doctor (Dr. Folsman) located in Harlingen, Texas. His examination consisted of checking both my eyes and listening to my chest front and back and only saw my hearing aide and checked my blood for the sugar, and I also urinated in a cup for drug use. He did not take my blood pressure. He told me "you are ready to go back to work, go to the front desk, they can give you your D.O.T. medical card." I got my medial card and I reported to work. Upon arrival in the yard, I

noticed Linda wasn't scheduled for work. I didn't see Linda anymore. Everyone was saying that Linda was forced to resign. Mr. Garza told me that I was going to have 3 days re-training, and that I wasn't going to have my issued truck or tank. After the training, Mr. Garza assigned me different trucks and different compartment sizes. The trucks he assigned me to use had no equipment at all times. I had no choice but to get equipment from other tankers. When he discovered I was using the equipment, he got extremely angry and screamed to me on many occasions about the equipment. I told him many times even in writing about equipment. I told him "I need to do my job!" I once was forced to had to call at his home to inquire about my equipment. The next day he was enraged and screamed to me in front the dispatchers (Ruben and Mr. Loya.) I resorted to call the San Antonio office. They spoke to him, but still, he didn't listen. Things went to the worst. He also told me several times, "if you don't like it, there is the door." I kept working in those conditions. He also screamed to me many times saying "you cannot hear right! You don't listen to me!" He repeated those words so many times that I got a headache every day. Mr. Garza also assigned me loads that were longer than the hours I had to work. I remember one load he assigned me while I was at Brownsville. He said to load it and take it to Hidalgo, Texas. I only had 2 hours for my shift to finish and it requires 30 min to load the, 1 hour 20 min to get there, 45 min to unload, and 45 minutes to get back to the yard of Harlingen. I told him over the CB, I had only 2 hours of my shift to be over and also told him I was not going to do it. He got very upset and started screaming at me over the CB because I didn't listen to him. I still loaded and took the load to the yard. I arrived at the terminal and grabbed my logbook and went to the office to talk to him. I told him, "Garza, aqui traigo el viaje, no tengo muchas horas, aqui esta mi loge para que lo mires!" "No tengo muchas horas, send somebody else." His voice elevated and he yelled at me and said, "necesito el viaje!" I responded, "pues no le voy hacerlo porque no debo hacerlo, enojate si queres! Es tu problema!" He also told me "fix the log." He answered me, "nomas te voy a pagar dos dolares por el viaje aqui!" I responded, "pagame lo que quieras." Then I finished my paperwork and went home. To this day he has not paid me my two dollars. I am not going to jeopardize my job. I know that the D.O.T. can stop me and cancel my license. Then Jacob (the dispatcher) told me, "dice Garza que esta celebrando porque Linda ya no esta aqui." I also saw almost everyone of my co. workers gathered in the mechanics room eating (around 6-7 p.m.) I left him the truck and went home.

On May 27, 1999 I did a load at Circle K #97 located at Central Blvd. and Boca Chica in Brownsville, Texas. Right after connecting the hoses, I heard pressurized air coming out of the underground tank. I realized the underground tank was having a vent problem. I quickly went to the store and reported it to the cashier and then I reported it to the dispatcher (who was Mr.

Garza.) Mr. Garza suggested to me that I needed to take the clerk outside so I could explain the situation to him. Garza also instructed me to put a 2-inch hose and drop it into the underground tank. Then I took the clerk outside with me. As I explained to the clerk, a fire inspector was by the light at the intersection and he saw us and he came directly to us. His name is Steve Gateway. He asked, "what's wrong." So I explained to him that the relief valve was not functioning correctly of the underground tank. He asked why I was using a 2-inch hose. I answered "because my boss just told me to do it because he said that it was the only way to unload the tank." The inspector then opened the valve and the gas suddenly spilled. He immediately closed the valve. He told me that he would take care of it. I went inside the store and called dispatch again. This time Epiphanio answered the call and he said that Mr. Garza had left the office. I communicated everything to Epiphanio about the spill. Epiphanio gave me direct orders to take the load to another Circle K on Los Ebanos across the Post Office, and that load was going to be my last load. I felt Garza was irresponsable and that he should have waited at the office knowing I had just called about a problem. The next day after my shift was over, Garza was waiting for me and approached me to ask me if I had finished the paper work. He told me he wanted to speak to me at his office. After finishing my paper work, I went to his office and he notified me I was terminated from my job. I asked him "why." He answered me "because of the spill, because of lack of communication, and because you are asking for equipment." I asked him, "no te dijo Epiphanio del spill?" Then I walked to the next office to call Epiphanio because he was my witness that I did report to Epiphanio about the spill. I confronted Epiphanio in front of Mr. Garza and I asked him, "didn't I communicate to you about the spill?" Epiphanio answered "yes, she did." I asked him, "didn't you also instruct me to unload the load at the Circle K at Los Ebanos?" He answered, "yes." After Garza talked to me, Epiphanio stated "Garza se hace que no le dije del spill." After this, I didn't know what to do, so then I decided to call the Texas Department of Transportation to come to the terminal to make a report of my termination. They came and made the report of my complaint of my truck and the tanks condition that I was driving. I showed them that I didn't have proper equipment to work, their excuse of my termination of the spill, and their claim of communication on my part. Every truck I drove did not have the D.O.T. registration papers in it. Then the following day, I went to the Texas Employment Commission in search for another job. I told them about my problem, why I was no longer employed, and I showed them proof of my termination. A week later I received a certified letter that I had my job back. When I went back to work, Mr. Garza told me I had lost my bonuses, knowing when the company didn't spend no money on the spill, I also lost my pay rate, half of my vacations, and my seniority. He was not paying me the non-revenues which is supposed to be three hundred dollars a month. He

also told me he was going to give me the same unequipped trucks over and over. My work load schedule changed, and my hours shortened, and my pay dropped dramatically from two hundred and twenty five dollars a day to one hundred dollars a day. He was still not respecting me and was giving me a tough time. Every time I reported anything to the dispatcher, he would get the CB and make a ugly remark to put me down, wanting to be correct no matter how wrong he was. Both Mr. Garza and Mr. Loya continued to have me standing around the office. Everyone else got loads and had me there in his office just waiting. He gave me excuses like "there are no loads." At this time my paycheck did not include the hours I was standing around in the office waiting for loads. By law I understand I am supposed to get paid eight dollars per hour while waiting for loads. I complained to him about this on every pay period. Every time I complained he said, "In the next pay period, you will get paid." When the pay period came, my paycheck did not include the due money. This went on for months. Things at work have been like this since I returned to work.

On May 6, 2000, at Tex Mart #15 in San Benito, Texas of this year, I suffered another accident. It happened as I was finishing unloading. I saw that there was no fuel coming out so I started to disconnect the hoses and the underground tank burped. The gasoline splashed on my face, both eyes, entered my nose, and my left breast. I fell to the ground and I couldn't catch my breath. I was unable to breathe, and I was trying to gasp for air. I couldn't see or open my eyes. All of the sudden I heard a man's voice say "do you want me to call anybody?" I couldn't answer him. With a lot of difficulty I pointed to the truck with my arms and I tried to tell him to get me the water inside the truck. No voice came out of me. All of a sudden, I felt water being splashed on my face. I felt the water giving me oxygen into my lungs. I could only open my eyes a little bit. Then the man left to go call 911. I began to vomit. The ambulance came and I continued vomiting. The ambulance took me to the Dolly Vincent Hospital. The doctor on duty called my doctor. They showered me many times at the hospital, and they took chest x-rays. I was having a loud breathing noise. I still was having difficulty catching my breath. At three in the morning, I woke up with a big headache and I was vomiting more. My eyes were swollen, and I felt a burning sensation in my eyes and my left breast. I could smell the fumes of gasoline on me. When they brought me my food at the hospital, I vomited whatever I ate. I even vomited water or any liquids. I felt the food was returning from my throat. As soon as I swallowed, it came right back up immediately. The nurses knew that I was having difficulty eating or drinking. The doctor said I could go home and to see him back in his office. To this day, I have not been released yet because I am still having swelling around my eyes, bright sunlight bothers me a lot, and I have a pain in my left breast. I am still having pain in my throat and my voice changes a

lot. From what I understand from the Coastal Contract, its says that we can only work with Coastal, we cannot have another part time job on the side. As of recently, Mr. Garza has bought a semi. He has the semi working and the driver calls him on the company's phone. I think it's distracting along with breaking the contract rules. I think that Garza and Loya never pay attention at work because they always spend time harassing women.

Blanca Estela Olmos
633 Rey Salmon
Brownsville Texas
78521

(956) 838-5614