AO 240 (Rev. 6/86) Application to P. .d

United States District Court
Southern District of Texas
FILED

AUG 8 2000

Michael N. Milby
Clerk of Court



# United States District Court

_____ DISTRICT OF _____

Blanca Estela Olmos

v.

Coastal Transport

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: MISCELLANEOUS
B-00-30
B-01-016 ?

I, Blanca Estela Olmos , declare that I am the (check appropriate box)

[✓] petitioner/plaintiff        [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant        [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

8-28-0[illegible handwriting]

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes [✓]  No [ ]

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

      Coastal Transport
      1603 Ackerman Rd
      San Antonio Texas 78219-3511          2,800.00 A Month.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes [ ]  No [✓]
   b. Rent payments, interest or dividends?                     Yes [ ]  No [✓]
   c. Pensions, annuities or life insurance payments?           Yes [ ]  No [✓]
   d. Gifts or inheritances?                                    Yes [ ]  No [✓]
   e. Any other sources?                                        Yes [ ]  No [✓]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☒   No ☐   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   (Saving) - One hundred Dollars

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☒   No ☐

   Two Months ago The U.S Home made me a Home Value Sixty-four thousands Dollars

   If the answer is "yes," describe the property and state its approximate value.

   Granam 95 YR $ 3000
   Furunsher 2,745 00

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   I Do not claim my God child on my pay check. However He and His Mother and I live under The same Roof.
   I give fivety Dollars to my Mom and Dad Because They doesn't have enough with the Social Security check Because They have Alot medical bills.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
                (Date)                   Signature of Applicant

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |