# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

BLANCA ESTELA OLMOS        *       B-01-016

    VS                                *       MISC. NO. B-00-030

COASTAL TRANSPORT            *

## O R D E R

The Clerk of Court is hereby **ORDERED** to return Plaintiff's Application to Proceed in Forma Pauperis, Supporting Documentation and Order, so that BLANCA ESTELA OLMOS can date said document and provide the Court with a more detailed accounting of her financial circumstances--rent, bills, etc.

DONE at Brownsville, Texas, on this **22nd** day of August 2000.

_____
Felix Recio
United States Magistrate Judge