BEO. 10-16-00

B-01-016

United States District Court
Southern District of Texas
FILED

OCT 16 2000

Michael N. Milby
Clerk of Court

I, Blanca Estela Olmos, live on 633 Rey Salomon St. Brownsville, TX. I was born on May 30, 1963 and have the following financial expenses.

I have a mortgage payment of $481.39 per month to Obra Homes.

I have an insurance payment every month of $18.50 to American Fidelity Assurance Company.

I have an insurance payment of my house paid every year to Farmer's Insurance of $402.00.

I have $100.00 in Coastal Bank at Brownsville, TX.

I pay half of the utility bill which is about $75.00. My comadre, Evelia Garza, pays the rest because we bought the house together.

I pay $20.00 per month to Columbia Valley Regional Medical Center of my ear surgery.

I spend about $40.00 a month in gasoline but I do not have receipts because I did not know I was supposed to keep them in file.

I split the bill of $400.00 per month for groceries. Again, I do not have receipts because I did not know I was supposed to be keeping them on file.

I have a payment with Edelstein's Better Furniture of $20-30.00 per month.

I also have a payment to Circuit City of $27.00 per month. The account is under my comadre, Evelia Garza, but I do the payments.

I have a payment to school tax of $183.00, which I have not yet paid.

I have a payment to the county of $181.00, which I also have not yet paid.

I have a Grand Am under my name, but Evelia Garza pays the bill.

I pay the telephone bill but it is under Evelia Garza's name. I pay $48.00 per month.

**All the payments that are under Evelia's name but that I pay was an agreement when we bought the house between us.**

_____
Blanca Estela Olmos

_____
Evelia P. Garza