If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

5

B-01-016

MISC-B-00-30

United States District Court
Southern District of Texas
ENTERED
OCT 18 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒  No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   (Saving) - One hundred Dollars

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☒  No ☐
   If the answer is "yes," describe the property and state its approximate value.
   Two Months ago The U.S Home made me a Home Value Sixty-four thousds Dollars
   Granam 95 YR $3000
   Furunsher 2,745.00

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   I Do not claim my God child on my pay check. However He and His Mother and I live under The Same Roof.
   I give fivty Dollars to my Mom and Dad Because They doen't have enough with the Social Security check Because They have Alot medical bills.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug 8, 2000
         (Date)                              Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ United States Judge      Date | [signature]   10/17/00 United States Judge or Magistrate    Date |