AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

C.A. B-01-16

DATE: December 21, 2000

Service of the Summons and Complaint was made by me[1]

NAME OF SERVER (PRINT): Shirley SAATHOFF DUSM

TITLE: Deputy U.S. Marshal

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Tom Braatin, Vice President / CEO of Coastal Transport, 1603 Ackerman Road.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
JAN 1 9 2001
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 21, 2000
Date

JACK DEAN, U.S. Marshal W/TX
Signature of Server

655 E. Durango Blvd Rm 235
San Antonio, Tx 78206
Address of Server

United States District Court
Southern District of Texas
RECEIVED
JAN 1 9 2001
Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.