11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BLANCA OLMOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL B-01-16 |
| v. | § | ~~MISC. B-00-30~~ |
| | § | |
| COASTAL TRANSPORT | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S LIST OF INTERESTED PARTIES

Pursuant to the Court's January 25, 2001 Order Setting Conference, Defendant submits the following list of all entities that are financially interested in this litigation. The only parties with a financial interest in this litigation are: Blanca Olmos and Coastal Transport Co., Inc.

Respectfully submitted,

*/s/ Christopher V. Bacon*

CHRISTOPHER V. BACON
Federal Bar No. 12670
State Bar No. 01493980
DOUGLAS E. HAMEL
Federal Bar No. 3644
State Bar No. 088188700
2802 First City Tower
1001 Fannin
Houston, Texas 77002-6760
(713) 758-1148 (Telephone)
(713) 615-5014 (Telecopy)

Attorneys for Defendant
COASTAL TRANSPORT

OF COUNSEL:

VINSON & ELKINS, L.L.P.
First City Tower
Houston, Texas 77002-6760

## CERTIFICATE OF SERVICE

I certify that on this 29th day of January, 2001, Defendant's List of Interested Parties was served on Plaintiff Pro Se by placing same in the United States mail, certified, return receipt requested, with proper postage affixed and addressed as follows:

Blanca Olmos (Pro Se)
c/o United States District Clerk
600 East Harrison, Room 1
Brownsville, Texas 78521

_Christopher␣Bown_
Attorney for Defendant

Houston:448524.1