12

BLANCA OLMOS                    *

          VS                    *          CIVIL ACTION NO. B-01-016

COASTAL TRANSPORT               *

United States District Court
Southern District of Texas
FILED

FEB 0 5 2001

Michael N. Milby
Clerk of Court

TO WHOM IT MAY CONCERN:

I BLANCA ESTELA OLMOS, AM REQUESTING AN ADDRESS CHANGE. I NO LONGER
LIVE AT MY PREVIOUS ADDRESS (4008 N. EXPRESSWAY LOT 19.). I NOW LIVE
ON 633 REY SALOMON ST,BROWNSVILLE TEXAS 78521. ANY FURTHER INFORMATION
PLEASE FEEL FREE TO CONTACT ME AT (956)838-1202.

                              THANK YOU

                              BLANCA ESTELA OLMOS

SUBSCRIBED AND SWORN BEFORE ME ON THIS 5TH DAY OF FEBRUARY 2001. BY THE
SAID BLANCA ESTELA OLMOS.

ESTHELA D. GUERRA
Notary Public, State of Texas
My Commission Expires
APRIL 29, 2001

                              ESTHELA D GUERRA
                              NOTARY PUBLIC

Change of Address
I certify on This 5th day of feb, My Original change of
Address. Forward to Christopher V. Bacon

Blanca Estela Olmos