**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

| | |
|---|---|
| Courtroom Clerk: | L M Villarreal |
| Law Clerk: | Jessica R Dart |
| ERO: | Linda Garcia |
| DUSM: | Doug Atkinson |
| CSO: | Ruben Salinas |

United States District Court
Southern District of Texas
FILED

FEB 22 2001

Michael N. Milby
Clerk of Court

Date:          February 22, 2001, 2:00 pm
-----------------------------------------------------------------

### C.A. NO. B-01-016

-----------------------------------------------------------------

| BLANCA OLMOS | * | Sergio Sierra |
|---|---|---|
| | * | |
| VS | * | |
| | * | |
| COASTAL TRANSPORT | * | Christopher V Bacon |

-----------------------------------------------------------------

### INITIAL PRETRIAL CONFERENCE

Plaintiff appeared with attorney Sergio Sierra. Notice of Appearance b attorney Sierra filed. Attorney Bacon appeared for the Defendant.

Hearing recessed to allow the attorney to confer on an agreed scheduling order

2:36 pm: Hearing resumed. An agreed scheduling order submitted. Final pretria conference set for November 1, 2001, at 2:00 p.m., and jury selection set fo November 2, 2001, at 9:00 a.m., before this Court. A trial date will be se after the jury selection.

Plaintiff allowed to amend her complaint.

The parties informed the court that they are amenable to mediation and requeste that the Court recommend a mediator.