# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

**FEB 2 2 2001**

Michael N. Milby
Clerk of Court

## APPEARANCE

CASE NUMBER: **01-016**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

### BLANCA OLMOS

I certify that I am admitted to practice in the Southern District of Texas. My Federal ID No. is 11891.

_2-22-01_
Date

_(signature)_
Signature

SERGIO SIERRA
Print Name

1325 PALM BLVD., SUITE B
Address

BROWNSVILLE   TEXAS  78520
City                        State   Zip Code

(956)544-4717          (956)544-4761
Phone Number          Facsimilie

CtsPDF - www.fastio.com