16

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BLANCA OLMOS | § | |
| VS | § | CIVIL ACTION NO. B-01-016 |
| COASTAL TRANSPORT | § | |

United States District Court
Southern District of Texas
ENTERED
FEB 28 2001
Michael N. Milby, Clerk of
By Deputy Clerk O.H. ___

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2__ days.          ☒ Bench    ☐ Jury

2. New parties must be joined by:                                 March 30, 2001
    Furnish a copy of this scheduling order to new parties.

3. The plaintiff(s)' experts will be named with a report furnished by:    April 30, 2001

4. The defendant(s)' experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff(s)' expert.          May 30, 2001

5. Discovery must be completed by:                                June 29, 2001
    Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.

6. Motions will be filed by:                                      July 31, 2001

*******************************************************************************

7. Joint pretrial order is due:                                   August 31, 2001
    The plaintiff(s) is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference before Judge Recio
   is set for 2:00 p.m. on:                                       November 1, 2001
    The case will remain on standby until tried.

9. The jury trial selection set before Judge Recio at 9:00 a.m. on:   November 2, 2001

10. Jury trial date will be set after jury selection.

Signed **February 22, 2001**, at Brownsville, Texas.

/s/ Felix Recio
Felix Recio
United States Magistrate Judge