17

===============================================================
UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS
===============================================================

BLANCA OLMOS § 
 § 
versus § CIVIL ACTION NO. B-01-016
 § 
COASTAL TRANSPORT § 

*United States District Court*
*Southern District of Texas*
*FILED*

*FEB 2 6 2001*

*Michael N. Milby*
*Clerk of Court*

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Christopher V Bacon | Coastal Transport | 2/22/01 |
| [signature] | Blanca Olmos - Plaintiff | 2-22-01 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

_8/26/01_                            _[signature]_
Date                                  United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.