```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    G Mendieta
CSO                :    Delgado
Law Clerk          :    R Byrd
Date               :    November 1, 2001 at 2:00 p.m.
```

United States District Court

NOV 01 2001

Michael N. Milby, Clerk of Court

---

CIVIL CASE NO. B-01-16 (636(c))

| BLANCA OLMOS | * | SERGIO SIERRA |
| --- | --- | --- |
| VS | * | |
| COASTAL TRANSPORT | * | CHRISTOPHER V BACON |

---

**FINAL PRETRIAL**

Sergio Sierra present for the Plaintiff; Christopher Bacon present for the Defendant;

Counsel state no settlement has been reached in this case;

The Court states a pending Motion for Summary Judgment filed by the defendan is pending;
Pf's attorney Sergio Sierra states he is not ready to argue this motion;
Pf's attorney Sergio Sierra states he would be able to argue orally at thi time, since he filed no response to this motion;

Pf's attorney Sergio Sierra requests the Court time to consult with his client since there is an offer from the Plaintiff;

Court grants Mr Sierra's requests;
Court recess: 2:20 p.m.;

Court resumes: 2:30 p.m.;

Attorney Sergio Sierra states an agreement has been reached in this case; Counsel will submit a Joint Stipulation next week with the Court;

Court adjourned.