22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BLANCA OLMOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 01-016 |
| | § | |
| COASTAL TRANSPORT, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff and Defendant hereby stipulate that the

above-entitled action may be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

_____

SERGIO SIERRA
Law Offices of Sergio Sierra
1325 Palm Blvd., Suite B
Brownsville, Texas 78520
956-544-4717 (Telephone)
956-544-4761 (Telecopy)
ATTORNEY FOR PLAINTIFF
BLANCA OLMOS

_____

CHRISTOPHER V. BACON
Federal Bar No. 12670
Attorney-in-Charge
DOUGLAS E. HAMEL
Federal Bar No. 3644
2802 First City Tower
1001 Fannin
Houston, Texas 77002-6760
ATTORNEYS FOR DEFENDANT
COASTAL TRANSPORT

699441_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BLANCA OLMOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 01-016 |
| | § | |
| COASTAL TRANSPORT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the Joint Stipulation for Dismissal by Plaintiff and Defendant, the above-styled action be and is hereby dismissed with prejudice, each party to bear its own cost.

SIGNED this _____ day of _____, 1998.

_____
UNTIED STATES DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

_____
SERGIO SIERRA

_____
CHRISTOPHER V. BACON

699441_1.DOC