23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA OLMOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | B- |
| vs. | § | CIVIL ACTION NO. 01-016 |
| | § | (636(c)) |
| COASTAL TRANSPORT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the Joint Stipulation for Dismissal by Plaintiff and Defendant, the above-styled action be and is hereby dismissed with prejudice, each party to bear its own cost.

SIGNED this 7th day of December, 1998.

_____
UNTIED STATES MAGISTRATE JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

_____
SERGIO SIERRA

_____
CHRISTOPHER V. BACON

699441_1.DOC