24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 14 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BLANCA OLMOS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | CIVIL ACTION No. B-01-016 |
| vs. | § | |
| | § | |
| COASTAL TRANSPORT, | § | |
| | § | |
| DEFENDANT, | | |

ATTENTION:   HONORABLE JUDGE FELIX RECIO

I, Blanca Olmos, Plaintiff, my case was closed in December 7, 2001 by my Attorney Sergio Sierra. We made settlement with Coastal Transport of the amount $1,000.00 and a verbal settlement with my Attorney Sergio Sierra promised me the amount of $ 3,000.00. I received the amount of $1,000.00 from Coastal Transport; however, its still pending the $3,000.00 of my Attorney Sergio Sierra. If its still possible to be able to modified my case.

Respectfully,

Blanca Olmos
Plaintiff

Also I Enclosed Two Copys'

# Vinson&Elkins
ATTORNEYS AT LAW

VINSON & ELKINS L.L.P.
2300 FIRST CITY TOWER
1001 FANNIN STREET
HOUSTON, TEXAS 77002-6760
TELEPHONE (713) 758-2222
FAX (713) 758-2346

Writer's Phone: 713-758-1148
Writer's Fax: 713-615-5014

E-mail: cbacon@velaw.com
Web: www.velaw.com

December 3, 2001

**CMRRR No.: 7000 1670 0009 3216 0253**
Mr. Sergio Sierra
Law Offices of Sergio Sierra
1325 Palm Blvd., Suite B
Brownsville, Texas 78520

Re:   ***Blanca Olmos v. Coastal Transport***; Civil Action No. 01-016; In the United States District Court For the Southern District of Texas, Houston Division

Dear Sergio:

This morning I received the executed Joint Stipulation of Dismissal which I will file with the Court. Enclosed you will find a settlement check for Ms. Olmos which I trust you will deliver to her. I enjoyed working with you and I am glad we were able to resolve this matter.

Very truly yours,

Christopher V. Bacon

1014:3467
Enclosure
COA540/55000

726425_1.DOC

HOUSTON   AUSTIN   BEIJING   DALLAS   LONDON   MOSCOW   NEW YORK   SINGAPORE   WASHINGTON, D C

23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA OLMOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | B- |
| vs. | § | CIVIL ACTION NO. 01-016 |
| | § | (636(c)) |
| COASTAL TRANSPORT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the Joint Stipulation for Dismissal by Plaintiff and Defendant, the above-styled action be and is hereby dismissed with prejudice, each party to bear its own cost.

SIGNED this 7th day of December, 1998.

_____
UNTIED STATES MAGISTRATE JUDGE

APPROVED AS TO SUBSTANCE AND FORM:

_____
SERGIO SIERRA

_____
CHRISTOPHER V. BACON

699441_1.DOC